PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED

MAY 30 2024

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> GABRIEL RUIZ DE CHAVEZ, <br><br> Defendant. | CASE NO. 1:24-CR-00113-NODJ-BAM <br><br> 18 U.S.C. § 1343 – WIRE FRAUD |

# INFORMATION

COUNT ONE:  [18 U.S.C. § 1343 –Wire Fraud]

The United States Attorney charges:

GABRIEL RUIZ DE CHAVEZ,

defendant herein, as follows:

1. At all relevant times, defendant De Chavez resided, in Fresno County, State and Eastern District of California.

2. Beginning in or around September 2012, and continuing through July 2019, defendant De Chavez intended to devise, devised, participated in, and executed a material scheme to defraud his employer, Company #1, and to obtain money and property from the company by means of materially false representations, promises, and pretenses. During that period, defendant De Chavez made material misrepresentations to his employer by creating false invoices and corresponding checks made payable to

vendors that the company regularly received invoices from and paid checks to in the regular course of its business. The defendant would then take the checks and deposit them into his personal bank account.

3. Between 2012 and 2019, De Chavez caused over 600 checks to be fraudulently issued by the company and deposited them into his personal bank account. During this period, De Chavez stole at least $1,491,000 million. De Chavez used the stolen funds to pay for personal expenses, including credit card, mortgage payments to his homes, vacations, vehicle loan payments, cash withdrawals, shopping, and household bills. At all relevant times, De Chavez acted with intent to defraud.

4. On or about the date set forth below, in the State and Eastern District of California, for the purpose of executing his scheme to defraud, defendant De Chavez knowingly transmitted and caused to be transmitted, by means of wire and radio communication in interstate commerce, the following writings, signs, signals, pictures, and sounds:

    a) On or about June 26, 2019, wire transmission of monies in the amount of $7,425.70, originating from Company #1's bank account at Bank of America, in Fresno County, State and Eastern District of California, and sent to defendant De Chavez's personal bank account ending – 9144 at Wells Fargo, that was processed interstate through Fedwire.

All in violation of Title 18, United States Code, Section 1343.

FORFEITURE ALLEGATION:   [18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) - Criminal Forfeiture]

5. Upon conviction of the offenses alleged in Count One of this Information, defendant De Chavez shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), all property, real and personal, which constitutes or is derived from proceeds traceable to such violations, including, but not limited to:

    a. Real property located at 2694 W. Calimyrna, Fresno, California, Fresno County, APN: 406-194-04, and

    b. A sum of money equal to the amount of proceeds traceable to such offenses, for which defendant is convicted.

6. If any property subject to forfeiture as a result of the offenses alleged in Count One of this Information, for which defendant is convicted:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

Dated: May 30, 2024

PHILLIP A. TALBERT
United States Attorney

By: *[signature]*
CODY S. CHAPPLE
Assistant United States Attorney

AO 257 (CAED rev. 4/2024)     Matter in USAO prior to Feb. 7, 2024 (KES conflict) ☑ YES ☐ NO     PER 18 U.S.C. 3170

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT
☐ SUPERSEDING: CASE No.

Name of District Court, and/or Judge/Magistrate Judge Location (City)
**Eastern District of California, Fresno**

**OFFENSE CHARGED**

☐ Petty
☐ Minor
☐ Misdemeanor
☐ Felony

Place of offense: FRESNO COUNTY

U.S.C. Citation: PLEASE SEE INFORMATION

**DEFENDANT -- U.S. vs.**
GABRIEL RUIZ DE CHAVEZ

Address: 1:24-CR-00113-NODJ-BAM

Birth Date: (Optional unless a juvenile)

☐ Male ☐ Alien
☐ Female (if applicable)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under
MAGISTRATE JUDGE CASE NO.

**DEFENDANT**
**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes," give date filed ▶ Mo. Day Year

**DATE OF ARREST** ▶
Or . . . if Arresting Agency & Warrant were not Federal
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Mo. Day Year

Name and Office of Person Furnishing Information on THIS FORM: Debra De La Pena
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Cody S. Chapple

☐ FORFEITURE ALLEGATION

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**
NO FUTURE COURT DATES HAVE BEEN SET

<u>*United States v. Gabriel Ruiz De Chavez*</u>
**Penalties for Information**

**COUNT 1:**

VIOLATION:             18 U.S.C. § 1343 – Wire Fraud

PENALTIES:             20 years imprisonment.
                       $250,000 fine.
                       Three years supervised release.

SPECIAL ASSESSMENT:    $100 (mandatory on each count)

**FORFEITURE ALLEGATION:**

VIOLATION:     [18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) - Criminal Forfeiture]

PENALTIES:     As stated in the charging document